No. 78.   VON MOLTKE v. GILLIES, SUPERINTENDENT.

Argued January 28, 1952. Decided April 21, 1952.   *Per Curiam:* Judgment affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *G. Leslie Field,* acting under appointment by the Court, argued the cause and filed a brief for petitioner. *Beatrice Rosenberg* argued the cause for respondent. With her

on the brief were *Solicitor General Perlman* and *Assistant Attorney General McInerney.*